SEONHAE SHIN (CA State Bar No. 308262)
Deputy County Counsel
TOM BUNTON (CA State Bar No. 193560)
County Counsel
385 North Arrowhead Avenue, Fourth Floor
San Bernardino, California 92415-0140
Telephone: (909) 387-5461
Facsimile: (909) 387-4069
Email: Kellie.Shin@cc.sbcounty.gov          Exempt per Government Code § 6103

Attorneys for Defendant SAN BERNARDINO COUNTY (erroneously sued and served as County of San Bernardino Public Works Solid Waste Management Division)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF MACY, | Case No. 5:25-cv-00244 |
| Plaintiff, | **DEFENDANT SAN BERNARDINO COUNTY'S NOTICE OF REMOVAL; DECLARATION OF KELLIE SHIN IN SUPPORT THEREOF** |
| v. | |
| COUNTY OF SAN BERNARDINO PUBLIC WORKS SOLID WASTE MANAGEMENT DIVISION, a public entity, | *[Civil Coversheet, Certificate of Interested Parties, and Notice of Appearance filed concurrently herewith]* |
| Defendant. | |

**TO THE HONORABLE COURT, PLAINTIFF, AND TO HIS ATTORNEYS OF RECORD, IF ANY:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1331, and 1446, Defendant San Bernardino County (erroneously named as County of San Bernardino Public Works Solid Waste Management Division) hereby removes the state court civil action originally filed in the Superior Court of California, County of San Bernardino, Case No. CIVSB2422776, to the United States District Court for the Central District of California based on the following:

///

///

///

1

DEFENDANT SAN BERNARDINO COUNTY'S NOTICE OF REMOVAL;
DECLARATION OF SEONHAE SHIN IN SUPPORT THEREOF

**Procedural History and Plaintiff's Allegations**

1. On July 24, 2024, the state-court action ("Complaint") was filed in the San Bernardino Superior Court by Plaintiff Jeff Macy ("Plaintiff") against Defendant SAN BERNARDINO COUNTY (erroneously sued and served as County of San Bernardino Public Works Solid Waste Management Division ("Defendant"). Declaration of Seonhae Shin ("Shin Decl."), ¶ 1, Exhibit "A". Plaintiff's Complaint contains seven causes of action including asserted violations of constitutional rights under 42 USC § 1983 and the Fourth and Fourteenth Amendments against Defendant.

**Grounds for Removal**

2. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have *original jurisdiction*, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." (Emphasis added.) The United States Code confers original jurisdiction in the district courts over all actions involving federal questions. *See* 28 U.S.C. § 1331 ("[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

3. Plaintiff's Complaint contains two theories of liability based on 42 U.S.C. § 1983 found in the Second and Fifth causes of action. Plaintiff's claims are predicated upon alleged violations of the rights secured by the United States Constitution, including violations of the Fourth and Fourteenth Amendments. Plaintiff's claims therefore arise under federal law in that they "require[] resolution of a substantial question of federal law in dispute between the parties." Franchise Tax Board v. Laborers Vacation Trust, 463 U.S. 1, 13 (1983). Plaintiff's "right to relief… necessarily depend[s] on the resolution of a substantial question of federal law, … in that federal law is a necessary element of one of the well pleaded…claims." Christian v. Colt Indus. Operating Corp., 486 U.S. 800, 808 (1988) (*quoting* Franchise Tax Board, *supra,* 463 U.S. at 27-28).

///

4.       Plaintiff also asserts state law claims. When an action is removed to federal court, however, the federal court has jurisdiction to also determine all pendent state claims "that are so related to the claims in the action… that they form part of the same case or controversy…" See 28 U.S.C. § 1367.  Such is the case with the pendent state claims here.

5.       Accordingly, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3), and this matter may therefore be removed to federal court by Defendant.

## Removal is Timely

6.       Removal is timely.  See 28 U.S.C. § 1446(b) (requiring the notice of removal to be filed within thirty-days of service of the pleading.)  The thirty-day period is triggered upon completion of formal service of process on the defendant in accordance with state law. See Murphy Bros v. Michetti Pipe Stringing, Inc., 526 U.S. 344 354 (1999). Defendant's Notice is timely as it is being made within thirty (30) days of being served on January 6, 2025.  Shin Decl., ¶ 4.

## No Further Consent is Required for this Removal

7.       The only named Defendant is represented by the undersigned attorney and expressly consents to this Notice of Removal.  Other than this entity, there are no other named defendants in this lawsuit. Therefore, there are no other defendants who need to consent in order for this case to be removed. See Destfino v. Reiswig, 630 F.3d 952, 955-957 (9th Cir. 2011) (defendants who were not properly served were not required to join in the petition for removal).

## Venue

8.       The Complaint alleges that the unconstitutional conduct by Defendant occurred in San Bernardino County, therefore venue is proper in the United States District Court for the Central District of California.

## Notice to State Court

9.       A copy of this Notice will be simultaneously filed with the Clerk of the Superior Court of California, County of San Bernardino, Central Division, and a copy of

DEFENDANT SAN BERNARDINO COUNTY'S NOTICE OF REMOVAL;
DECLARATION OF SEONHAE SHIN IN SUPPORT THEREOF

this Notice will be served on Plaintiff.

10. Copies of all other process, pleadings, and orders served upon Defendant in the action filed in the Superior Court of California, County of San Bernardino, Central Division are attached hereto as Exhibit "B" through "D".

## **Non-Waiver of Defenses**

11. By removing this action from the Superior Court of California, County of San Bernardino, Central Division, Defendant does not waive any defenses available to it.

12. By removing this action from the Superior Court of California, County of San Bernardino, Central Division, Defendant does not admit any of the allegations in Plaintiff's Complaint.

**WHEREFORE,** Defendant San Bernardino County (erroneously sued herein as County of San Bernardino Public Works Solid Waste Management Division) remove the above-captioned action from the Superior Court of California, County of San Bernardino, Central Division to the United States District Court for the Central District of California.

DATED: January 29, 2025          Respectfully submitted,

TOM BUNTON
County Counsel


/s/ Seonhae Shin
SEONHAE SHIN
Deputy County Counsel
Attorneys for Defendant San Bernardino County

# DECLARATION OF SEONHAE SHIN

I, Seonhae Shin, declare and state as follows:

I am an attorney at law, duly authorized to practice before this Court; that I am a Deputy County Counsel for San Bernardino County, counsel of record for Defendant San Bernardino County in the above-referenced action. I am one of the individuals responsible for the handling of this matter and, therefore, have personal knowledge of the facts set forth herein and would and could so testify if called upon to do so.

1. Attached hereto as Exhibit "A" is a true and correct copy of the Complaint filed in the state court action.

2. Plaintiff effectuated service of the summons and complaint on Defendant on January 6, 2025. A true and correct copy of the summons is attached hereto as Exhibit "B".

3. A true and correct copy of the other documents filed or served in this case are attached hereto as Exhibits "C" through "D" and include the Civil Case Cover Sheet and Notice of Trial Setting Conference and Notice of Case Assignment.

4. This Notice of Removal is filed with this Court within 30 days of this service date, i.e., within 30 days of January 6, 2025, and is therefore timely.

5. Removing Defendant herein is the only named defendant. Removing Defendant is represented by the undersigned and consents to this Notice of Removal.

6. A copy of this Notice of Removal will be filed with the Clerk of the San Bernardino Superior Court, and a copy of this Notice is being served on Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of January, 2025, at San Bernardino, California.

                                                */s/ Seonhae Shin*
                                                SEONHAE SHIN
                                                Deputy County Counsel
                                                Attorneys for Defendant San Bernardino County

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On January 29, 2025, I served the following documents (*specify*): **DEFENDANT SAN BERNARDINO COUNTY'S NOTICE OF REMOVAL; DECLARATION OF SEONHAE SHIN IN SUPPORT THEREOF**

I served the documents on the persons below, as follows:

Jeff Macy, Pro Per
P.O. Box 103
Twin Peaks, CA 92391
Telephone: 909-744-8480
Email: macybuilders@yahoo.com

The documents were served by the following means:

☒ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and processing correspondence for mailing, and know that the document(s) described herein will be deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully paid.

☒ **By e-mail or electronic transmission.** I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.

DATED: January 29, 2025

*/s/ Josephine DuSold*
Josephine DuSold, Declarant