

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

February 7, 2025

San Bernardino County Superior Court of California
303 W. 3rd St.
San Bernardino, CA 92401

Re: Case Number: _____5:25−cv−00244−RGK−BFM_____
Previously Superior Court Case No. _____CIVSB2422776_____
Case Name: _____Jeff Macy v. San Bernardino County_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____2/7/2025_____, the above−referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Respectfully,

Clerk, U.S. District Court

By: _/s/ ShaRon P Lorenzo_
Deputy Clerk
sharon_lorenzo@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____          By: _____
Date                                                  Deputy Clerk

G−17 (06/24)   LETTER OF TRANSMITTAL − REMAND TO SUPERIOR COURT